IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITY, INC, | No. C 04-05387 CRB |
|     Plaintiff, | **ORDER** |
|     v. | |
| INXIGHT SOFTWARE, INC., | |
|     Defendant. | |

Verity's ex parte motion to continue the trial date or in the alternative continue the deadlines for expert discovery is DENIED without prejudice. Verity may renew its motion if its motion to compel is granted and it believes in good faith that it can show that it is unable to comply with the current schedule because of Inxight's failure to produce discovery that the court ultimately ordered it to compel. In the meantime, the parties may stipulate to modify the discovery schedule.

**IT IS SO ORDERED.**

Dated: July 8, 2005

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\5387\orderreexparte1.wpd