| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>RONALD S. KATZ (California Bar No. 085713)<br>CHRISTOPHER L. WANGER (California Bar No. 164751)<br>JEFFREY J. LOKEY (California Bar No. 200825)<br>RYAN S. HILBERT (California Bar No. 210549)<br>1001 Page Mill Road, Building 2<br>Palo Alto, CA 94304-1006<br>Telephone: (650) 812-1300<br>Facsimile: (650) 213-0260<br><br>PERRY J. NARANCIC (California Bar No. 206820)<br>VERITY, INC.<br>894 ROSS DRIVE,<br>SUNNYVALE, CA 94089<br>Telephone: (408) 541-1500<br><br>Attorneys for Plaintiff,<br>VERITY, INC. | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>    Defendant. | Case No. C-04-5387 CRB (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE ON VERITY, INC.'S MOTION TO COMPEL FURTHER RESPONSES AND THE PRODUCTION OF DOCUMENTS FROM INXIGHT SOFTWARE, INC. AND ALPHA LUK**<br><br>[N.D. Local Rule 6-3] |
| INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>VERITY, INC., a Delaware corporation,<br><br>    Defendant. | [PROPOSED NEW DATE, TIME & PLACE]<br><br>DATE: August 3, 2005<br>TIME: 9:30 a.m.<br>PLACE: Courtroom F, 15th Floor<br>JUDGE: Chief Magistrate Judge James Larson<br><br>Related Case No. C 05-01660 CRB (JL) |
| AND RELATED COUNTERCLAIMS | |

20138653.1

STIPULATION & [PROPOSED] ORDER SETTING
DATE TO HEAR VERITY'S MOTION TO COMPEL:
CASE NO. 04-5387

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1  WHEREAS, on June 24, 2005, Verity Inc. ("Verity") filed its Notice Of Motion And Motion To Compel Further Responses And Document Production From Inxight Software, Inc. ("Inxight") And Alpha Luk ("Luk"), And To Extend Fact Discovery By 30 Days (the "Verity Motion To Compel");

WHEREAS, the Verity Motion To Compel was noticed to be heard on Friday, July 29, 2005 by United States District Court Judge Charles R. Breyer;

WHEREAS, on June 27, 2005, Judge Breyer entered an Order referring this case to Chief Magistrate Judge James Larson for all discovery matters, including the Verity Motion To Compel;

WHEREAS, Chief Magistrate Judge Larson's standing Notice of Reference provides that motions noticed for a hearing before the district court and then referred to Chief Magistrate Judge Larson shall be rescheduled on Chief Magistrate Judge Larson's Law and Motion calendar and that the parties will be notified in writing of the new date; and

WHEREAS, Chief Magistrate Judge Larson hears his Civil Calendar on Wednesdays at 9:30 and the Court has notified counsel for Verity that the next available date to hear the Verity Motion To Compel is Wednesday, August 3, 2005;

NOW THEREFORE, it is stipulated and agreed by and among counsel for the parties that the Verity Motion To Compel shall be heard by Chief Magistrate Judge Larson at 9:30 a.m. on August 3, 2005, or as soon thereafter as the matter may be heard.

Dated: July 20, 2005

| MANATT PHELPS & PHILLIPS, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| /s/ Jeffrey J. Lokey<br>Jeffrey J. Lokey<br>Attorneys for VERITY, INC. | /s/ Thomas J. Gray<br>Thomas J. Gray<br>Attorneys for INXIGHT SOFTWARE, INC. and ALPHA LUK<br>*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jeffrey J. Lokey hereby attests that concurrence in the filing of this document has been obtained.* |

## ORDER

Having considered the parties' joint Stipulation and [Proposed] Order setting the hearing on the Verity Motion To Compel,

IT IS HEREBY ORDERED, that the hearing on the Verity Motion To Compel shall be held at 9:30 a.m. on August 3, 2005 in Courtroom F, 15th Floor, of the above-referenced Court.

IT IS SO ORDERED.

Dated: __July 28__, 2005

/s/ James Larson
Honorable Judge James Larson
United States District Court Chief Magistrate Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Palo Alto

20138653.1

3

STIPULATION & [PROPOSED] ORDER SETTING
DATE TO HEAR VERITY'S MOTION TO COMPEL:
CASE NO. 04-5387