SEAN A. LINCOLN (State Bar No. 136387)
I. NEEL CHATTERJEE (State Bar No. 173985)
THOMAS J. GRAY (State Bar No. 191411)
DANIEL J. WEINBERG (State Bar No. 227159)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:	650-614-7400
Facsimile:	650-614-7401

DAVID TAUBER (State Bar No. 78385)
INXIGHT SOFTWARE, INC.
500 Macara Avenue
Sunnyvale, CA  94085
Telephone:	408-738-6200
Facsimile:	408-738-6203

Attorneys for Defendant
INXIGHT SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITY, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>　　　　　　Defendant, | Case No.  C 04-05387 CRB<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT INXIGHT SOFTWARE, INC.'S ADMINISTRATIVE REQUEST PURSUANT TO CIVIL L.R. 7-10 TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 |
| INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br>VERITY, INC., a Delaware corporation, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Related Case No.  C 05-01660 CRB |
| AND RELATED COUNTER-CLAIMS | |

The Court, having considered Defendant Inxight Software, Inc.'s ("Inxight") Administrative Request Pursuant to Civil L.R. 7-10 to File Exhibits to the Declaration of Thomas J. Gray, Michael Compton, and Ian Hersey In Support of Inxight's Motion for Summary Judgment, and portions of its Motion For Summary Judgment Under Seal Pursuant to Civil L.R. 79-5, good cause appearing, hereby orders as follows:

**IT IS HEREBY ORDERED** that Inxight's Administrative Request is **GRANTED**. The Clerk of the Court shall file under seal, Exhibits B, and C to the Declaration of Thomas J. Gray; Exhibits A, B, C, D, E, F, and G to the Declaration of Michael Compton; Exhibits A, and B to the Declaration of Ian Hersey, and portions of Inxight's Motion for Summary Judgment. All other exhibits and portions of Inxight's Motion for Summary Judgment shall be filed by Inxight on the public docket.

IT IS SO ORDERED

Dated:   August 24, 2005   .

_____
Judge Charles R. Breyer
United States District Judge

APPROVED — Judge Charles R. Breyer — United States District Court, Northern District of California