UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITY, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>        Defendant. | No. C 04-5387 SC<br><br>ORDER RE:<br>POST-TRIAL<br>SUBMISSIONS |

    The Court ORDERS the parties to indicate to the Court which pending motions are remaining issues for the Court to decide.

    The parties should make their submissions to the Court by Friday, January 27, 2006.

    IT IS SO ORDERED.

    Dated: January 24, 2006

                                    *[signature]*
                             UNITED STATES DISTRICT JUDGE