MANATT, PHELPS & PHILLIPS, LLP
RONALD S. KATZ (California Bar No. 085713)
CHRISTOPHER L. WANGER (California Bar No. 164751)
RYAN S. HILBERT (California Bar No. 210549)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:   (650) 812-1300
Facsimile:    (650) 213-0260

Attorneys for
VERITY, INC.

ORRICK, HERRINGTON & SUTCLIFFE, LLP
SEAN A. LINCOLN (California Bar No. 136387)
I. NEEL CHATTERJEE (California Bar No. 173985)
THOMAS J. GRAY (California Bar No. 191411)
DANIEL J. WEINBERG (California Bar No. 227159)
1000 Marsh Road,
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

DAVID TAUBER (California Bar No. 78385)
INXIGHT SOFTWARE, INC.
500 MACARA AVENUE
SUNNYVALE, CA 94085
Telephone: (408) 738-6200
Facsimile:   (408) 738-6203

Attorneys for
INXIGHT SOFTWARE, INC. AND ALPHA LUK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITY, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>       vs.<br><br>INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>            Defendant. | Case No. C-04-5387 SC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1       STIPULATION AND ORDER FOR DISMISSAL
Case No. C-04-5387 SC and Case No. C-05-01660 SC

| | |
|---|---|
| INXIGHT SOFTWARE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>VERITY, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Related Case No. C 05-01660 SC |

PLEASE TAKE NOTICE that Verity, Inc. ("Verity"), Inxight Software, Inc. ("Inxight"), and Alpha Luk ("Luk") (collectively, "the Parties") by and through their respective counsel of record, have entered a confidential settlement agreement settling the above-captioned consolidated actions and have agreed to the entry of this Stipulated Order of Dismissal.

IT IS HEREBY STIPULATED by and between Verity and Inxight, through their respective counsel of record, that all claims in Case No. 04-05387 are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER STIPULATED by and between the Parties, through their respective counsel of record, that all claims and counter-claims in Case No. 05-01660 are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its or his own attorneys' fees and costs.

The Parties further stipulate that for the purpose of these voluntary dismissals, no party is considered the "prevailing party" within the meaning of Rule 54(d) of the Federal Rules of Civil Procedure.

Pursuant to the terms of the Settlement Agreement, the Parties further request that this Court retain jurisdiction to enforce the Settlement Agreement.

1 | Dated: March 9, 2006 | MANATT, PHELPS & PHILLIPS, LLP

2 | | By:  /s/ Christopher L. Wanger
3 | |      Christopher L. Wanger
     *Attorneys for Plaintiff,*
     VERITY, INC.

7
8 | Dated: March 9, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP

9 | | By:  /s/ I. Neel Chatterjee
     I. Neel Chatterjee
     *Attorneys for Defendant,*
10 | |    INXIGHT SOFTWARE, INC.

12 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  3/10 , 2006

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Samuel Conti]*

20152872.1